# *United States District Court*

_____ SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

UNITED STATES OF AMERICA

V.

BLONITA ROSERIE-ISABELL

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

00-4234-BSS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>October 2, 2000</u>, in <u>Broward</u> county, in the <u>Southern</u> District of <u>Florida</u> defendant(s) did, (Track Statutory Language of Offense) in excess of 500 grams of   knowingly and intentionally import cocaine into the United States from a place outside thereof and did knowingly and intentionally possess with intent to distribute cocaine in excess of 500 grams of 

in violation of Title __21__ United States Code, Section(s) __952 and 841(a)(1)__

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following facts:

Official Title

Please see attached affidavit.

Continued on the attached and made a part hereof:  [x] Yes  [ ] No

Signature of Complainant
Heriberto Cruz, Special Agent
United States Customs Service

Sworn to before me, and subscribed in my presence,

October 5, 2000
Date

at Ft. Lauderdale, Florida
City and State

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer

**AFFIDAVIT**

I, Heriberto Cruz, being first duly sworn, do hereby depose and state as follows:

1. I am a Special Agent with the United States Customs Service, Fort Lauderdale, Florida, and have been so employed since June 1973. I am currently assigned to the South Broward Drug Enforcement Unit, a multi-agency task force involved in the investigation of narcotics smuggling and money laundering. My duties as a Special Agent include the investigation of narcotics related offenses.

2. The facts contained in this affidavit are based on my own personal knowledge, as well as observations and facts related to me by agents of the United States Customs Service and civilian personnel involved in this investigation.

3. On October 2, 2000, BLONITA ROSERIE-ISABELL, arrived at Fort Lauderdale-Hollywood International Airport, in Fort Lauderdale, Florida, in the Southern District of Florida, from Jamaica aboard Air Jamaica Flight 87.

4. ROSERIE-ISABELL presented herself for examination to the United States Customs Service. ROSERIE-ISABELL was then referred to secondary examination where she provided inconsistent statements concerning her travel to Jamaica and her employment. Because of these statements and her demeanor, ROSERIE-ISABELL was asked for consent to an x-ray examination of her person. ROSERIE-ISABELL consented.

5. ROSERIE-ISABELL was transported to Broward General Hospital for an x-ray and physical examination. Prior to the

examination, ROSERIE-ISABELL extracted an egg-shaped object from her vaginal cavity. The object was probed, revealing a white powdery substance, which field-tested positive for the presence of cocaine.

6. Pursuant to an x-ray and physical examination, foreign bodies were detected in ROSERIE-ISABELL's intestinal tract. Between October 2, 2000 and October 4, 2000, ROSERIE-ISABELL had monitored bowel movements where she passed a total of fifty-one cylindrical pellets. One of the pellets was probed, revealing a white powdery substance, which field-tested positive for the presence of cocaine. The total weight of all of the objects seized was approximately 1.9 pounds.

7. On October 4, 2000, ROSERIE-ISABELL was advised of her Miranda rights, which she waived. ROSERIE-ISABELL provided both verbal and written statements wherein she stated that she was recruited by an individual known only as "Frank" to transport cocaine from Jamaica to the United States in exchange for money. ROSERIE-ISABELL stated that Frank provided her with airline tickets to Jamaica and then later met her in Jamaica to assist her with the transportation of the cocaine. ROSERIE-ISABELL stated that she was unsure of the exact amount of money that she would be paid upon successful delivery of the cocaine. ROSERIE-ISABELL was placed under arrest at approximately 7:45 p.m. on October 4, 2000.

WHEREFORE, your affiant believes there is probable cause to assert that BLONITA ROSERIE-ISABELL did knowingly and intentionally import in excess of five hundred grams of cocaine into the United States from a place outside thereof, in violation of Title 21, United States Code Section 952, and did knowingly and intentionally possess with intent to distribute in excess of five hundred grams of cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

HERIBERTO CRUZ
SPECIAL AGENT
UNITED STATES CUSTOMS SERVICE

Sworn and subscribed to me this _____5th_____ day of October, 2000.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**BOND RECOMMENDATION**

BLONITA ROSERIE-ISABELL
**DEFENDANT**

$50,000 10% BOND (Surety, Recognizance, Corp. Surety, Cash)
(Jail)(On Bond) (Warrant)(Summons)
(Marshal's Custody)

*Kathleen Rice* (signature)
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY
Fla Bar No. 100765

**Last Known Address:**
_____

_____

_____

**What Facility:**
_____

_____

**Agent(s):**
**HERIBERTO CRUZ , USCS**
(FBI)(SECRET SERVICE)(DEA)(CUSTOMS)(ATF)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. _____

**UNITED STATES OF AMERICA**

vs.

**BLONITA ROSERIE-ISABELL,**

    **Defendant**
_____/

### CRIMINAL COMPLAINT COVER SHEET

1. Did this case originate from a matter pending in the United States Attorney's Office prior to April 1, 1999? ____ Yes  _X_ No

2. Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999? ____ Yes  _X_ No

3. Has AUSA Richard Scruggs had supervisory authority over, or otherwise participated in, this case?
____ Yes  _X_ No

                                        Respectfully submitted,

                                        GUY A. LEWIS
                                        UNITED STATES ATTORNEY

BY: _____
        KATHLEEN RICE
        ASSISTANT UNITED STATES ATTORNEY
        Florida Bar Number 100765
        500 East Broward Boulevard, 7th Floor
        Fort Lauderdale, Florida  33394
        TEL (954)356-7255 ext. 3512
        FAX (954)356-7336

N:\udd\krice\forms\indictments\complaint\coversheet.ROSERIE