DEFT: Blonita Roserie Isubel (J)#  CASE NO: 00-4234-BSS
AUSA: Bruce Brown / Kathleen Rice  ATTNY: Bernardo Lopez
AGENT: ___  VIOL: Importation of coke
PROCEEDING: Initial Appearance  BOND REC: 100,000 PSB & 50,000-10%
BOND HEARING HELD - yes/no  COUNSEL APPOINTED: FPD
___ BOND SET @ ___
CO-SIGNATURES: ___
SPECIAL CONDITIONS: ___

A - advised of charges
A - Sworn for Counsel

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House ___
___ Electronic Monitoring ___

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: 10-6-00  11:00am  BSS
PRELIM/ARRAIGN. OR REMOVAL: 10-13-00  11:00am  SNOW
STATUS CONFERENCE: ___
DATE: 10-5-00  TIME: 11:00am  TAPE # 00-078  PG # 5

2320-2392
Recalled
2600