UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-4234-BSS

UNITED STATES OF AMERICA,          :

    Plaintiff,                     :

    v.                             :

BLONITA ROSERIE,                   :

    Defendant.                     :

_____:

### NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Bernardo Lopez
Assistant
Federal Public Defender
Florida Bar No. 884995
Attorney for Defendant
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 6th day of October, 2000, to the offices of the Assistant United States Attorney, 299 East Broward Boulevard, Fort Lauderdale, FL 33301.

Bernardo Lopez