# UNITED STATES DISTRICT COURT
## Southern District of Florida

FILED by _____ D.C.

OCT 1 0 2000

S.D. OF FLA. FT. LAUD.

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff**<br><br>**v.s.** Roseric-Isabell<br>BLONITA LEVETT ROSERIE<br>**Defendant** | Case Number: CR<br><br>**REPORT COMMENCING<br>CRIMINAL ACTION**<br><br>66426-004 |

TO: Clerk's Office          Miami          (Ft. Lauderdale)          W. Palm Beach
   U.S. District Court                    (Circle One)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

All items are to be completed. Information not applicable or unknown will be indicated "N/A"

(1)  Date and Time of Arrest: _10/4/00_  _1928 HRS_

(2)  Language Spoken: _ENGLISH_

(3)  Offense (s) Charged: 21USC952-UNLAWFUL IMPORTATION OF NARCOTICS

        21USC841(A) - POSS. W/H INTENT TO DISTR. NARCOTICS
(4)  U.S. Citizen        (X) Yes      ( ) No        ( ) Unknown

(5)  Date of Birth: _3/29/61_

(6)  Type of Charging Document:   (Check One)
     ( ) Indictment   (X) Complaint   To be filed/Already filed

     CASE# _____
     ( ) Bench Warrant for Failure to Appear
     ( ) Probation Violation Warrant
     ( ) Parole Violation Warrant

     Originating District: _____
     COPY OF WARRANT LEFT WITH BOOKING OFFICER ( ) YES   ( ) NO

Amount of Bond: $_____ Who set Bond: _____
(7)  Remarks: _____

(8)  Date: _10/4/00_ (9) Arresting Officer: _Herbert Cruz_
(10) Agency: _U.S. CUSTOMS SERVICE_ (11) PHONE: _954-921-5507_
(12) Comments: _____

