## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

FILED by __ D.C.
OCT 10 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| | | | |
|---|---|---|---|
| DEFT: | BLONITA ROSERIE-ISABEL (J) | CASE NO: | 00-4234-BSS |
| AUSA: | BRUCE BROWN | ATTY: | FPD |
| AGENT: | | VIOL: | 30,000 |
| PROCEEDING: | BOND HEARING | RECOMMENDED BOND: | 100,000 PSB / 30,000 10% |
| BOND HEARING HELD - yes/no | | COUNSEL APPOINTED: | |
| BOND SET @: | 100,000 PSB + 30,000 10% | To be cosigned by: | |

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☑ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Stipulated bond set @ 100,000 PSB + 30,000 10%

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 10/10/00    TIME: 11:00    FTL/LSS TAPE # 00 - 051    Begin: 354    End: 430