UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6300

21 U.S.C. § 952(a)
21 U.S.C. § 841(**CR-FERGUSON**
18 U.S.C. § 2

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA, )
)
v. )
)
BLONITA ROSERIE-ISABEL, )
)
Defendant. )
_____)

### INDICTMENT

The Grand Jury charges that:

#### COUNT ONE

On or about October 2, 2000, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**BLONITA ROSERIE-ISABEL,**

did knowingly and intentionally import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, in excess of five hundred (500) grams of a mixture and substance containing a detectable amount of cocaine, in violation



of Title 21, United States Code, Section 952(a) and Title 18, United States Code, Section 2.

**COUNT TWO**

On or about October 2, 2000, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**BLONITA ROSERIE-ISABEL,**

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, in excess of five hundred (500) grams of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

A TRUE BILL

*[signature]*
FOREPERSON

*[signature]*
GUY A. LEWIS
UNITED STATES ATTORNEY

*[signature]*
BRUCE O. BROWN
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA         CASE NO. _____

v.

BLONITA ROSERIE-ISABELL          **CERTIFICATE OF TRIAL ATTORNEY***

**Court Division**: (Select One)
___ Miami  ___ Key West
_X_ FTL    ___ WPB ___ FTP

**Superseding Case Information**:
New Defendant(s)        Yes ___  No ___
Number of New Defendants  ___
Total number of counts    ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No) _NO_
   List language and/or dialect  _English_

4. This case will take _3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                          (Check only one)

   I    0 to 5 days       _X_       Petty    ___
   II   6 to 10 days      ___       Minor    ___
   III  11 to 20 days     ___       Misdem.  ___
   IV   21 to 60 days     ___       Felony   _X_
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) _Yes_
   If yes:
   Magistrate Case No.  _00-4234-BSS_
   Related Miscellaneous numbers:_____
   Defendant(s) in federal custody as of _10/5/00_
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

_____
BRUCE O. BROWN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 999490

*Penalty Sheet(s) attached

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: <u>BLONITA ROSERIE-ISABELL</u>    No.:_____

Count # 1:

<u>Importation of cocaine; in violation of 21 U.S.C. § 952(a) and 18 U.S.C. § 2</u>

<u>*Max Penalty: 5 years' mandatory minimum and 40 years' maximum imprisonment;</u>
<u>$2,000,000 fine</u>

Count # 2:

<u>Possession with intent to distribute a controlled substance; in violation of 21 U.S.C. §</u>
<u>841(a) and 18 U.S.C. § 2</u>

<u>*Max Penalty: 5 years' mandatory minimum and 40 years' maximum imprisonment;</u>
<u>$2,000,000 fine</u>

Count #:


*Max Penalty:


Count #:


*Max Penalty:

Count # :


*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96