# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | BLONITA ROSERIE-ISABEL (J) | CASE NO: | 00-6300-CR-FERGUSON |
| AUSA: | BRUCE BROWN / *Longe* | ATTY: | FPD / *Farnsworth* |
| AGENT: | | VIOL: | |
| PROCEEDING: | ARRAIGNMENT | RECOMMENDED BOND: | |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: | | To be cosigned by: | |

FILED by ___ D.C.
OCT 13 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

☐ Do not violate any law.

☐ Appear in court as directed.

☐ Surrender and / or do not obtain passports / travel documents.

☐ Rpt to PTS as directed / or _____ x's a week/month by phone: _____ x's a week/month in person.

☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

**Reading of Indictment Waived**
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

☐ Maintain or seek full - time employment.

☐ No contact with victims / witnesses.

☐ No firearms.

☐ Curfew: _____.

☐ Travel extended to: _____.

☐ Halfway House _____.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 11-3 | 11 | 855 | |

DATE: 10-13-00   TIME: 11:00   FTL/LSS TAPE # 00- 051   Begin: 2916   End: 2551