DEFT: Blonita Roserie-Isabell (no deft  CASE NO: 00-6300-CR-Ferguson
AUSA: Bruce Brown /Bruce   ATTNY: FPD Lopez
AGENT: ___   VIOL: ___
PROCEEDING: Status Conference   BOND REC: ___
BOND HEARING HELD - yes/no   COUNSEL APPOINTED: ___
___ BOND SET @ ___
CO-SIGNATURES: ___
SPECIAL CONDITIONS: ___

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed for ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House
___ Electronic Monitoring

Discovery out
No mots
2-3 days
Gov't ready
plea likely

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: ___
STATUS CONFERENCE: ___
DATE: 11-3-00   TIME: 11:00am   TAPE # 00-089   PG # 40

3864-3870   14